UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| MARIA MENDIZABAL, on behalf of herself and all other similarly situated, | 1:17-CV-10075-AJN |
| Plaintiffs, | **NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT** |
| v | |
| CHELSEA MOVING & STORAGE INC., | |
| Defendant, | |

**PLEASE TAKE NOTICE**, that Plaintiff Maria Mendizabal, shall move this Court, at a date and time to be set by this Honorable Court, for the entry of judgment by default, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), and Local Rule 55.2(b), against Defendant, Chelsea Moving & Storage Inc. and for any other relief that the Court may deem just and proper. The reasons supporting the Plaintiff's request for entry of judgment by default are set forth within the attached Affidavit of Counsel, Joseph H. Mizrahi, along with sufficient facts, the attached Certificate of Default dated August 28, 2018 (Ex. A), and other documents appearing in the Court's file and upon such evidence, oral or documentary, as may be presented prior to or at the hearing upon this motion.

Dated: October 12, 2018

                                                     Respectfully Submitted,

                                                    <u>/s/ Joseph H. Mizrahi</u>
                                                    Joseph H. Mizrahi, Esq.
                                                    Cohen & Mizrahi, LLP
                                                    300 Cadman Plaza West, 12th Floor
                                                    Brooklyn, New York 11201
                                                    Tel: (929) 575-4175
                                                    F: (929) 575-4195
                                                    Email: [Joseph@cml.legal](mailto:Joseph@cml.legal)